IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-00494-LTB-MEH

DANELLA RENTAL SYSTEMS, INC.,
DANELLA BROS., INC.,
THE DANELLA COMPANIES, INC., d/b/a DANELLA CONSTRUCTION CORPORATION,
DANELLA COMPANIES, INC.,
DANELLA CONSTRUCTION CORP. OF COLORADO, INC.,
DANELLA CONSTRUCTION CORPORATION, and
AMERICAN CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY,
GLOBAL RISKS US INSURANCE,
DELACHAUX GROUP d/b/a RAILTECH CONTRACTING CORP.,
RAILTECH BOUTET, INC., and
TERRY L. KIRKLAND, personal representative of the Estate of JARED L. KIRKLAND,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 55 - filed May 12, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: May 13, 2008